UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HENRY CULLINS, :
: NO. 1:12-CV-0102
    Plaintiff, :
:
:
  v. : **ORDER**
:
:
OFFICER PAGE, et al., :
:
    Defendants. :

      This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 18) and Plaintiff's objections thereto (doc. 22). In her Report & Recommendation, the Magistrate Judge recommends that Defendants' motion for summary judgment be granted because Plaintiff failed to first exhaust his administrative remedies before filing suit.

      Plaintiff objects to the Magistrate Judge's Report and Recommendation, alleging as he did in his response to Defendants' motion that he was unable to exhaust his remedies because he was prevented from doing so by prison officials (doc. 22). Unfortunately for Plaintiff, he has not shown that his failure to exhaust his administrative remedies should be excused. Specifically, while Plaintiff has alleged that he was prevented from exhausting his remedies, he has not brought forth

any evidence showing how, when and by whom. In his objections, he reiterates his claim that it was not his fault that he did not exhaust his remedies, but he again fails to show why.

The exhaustion of administrative remedies is mandatory. Jones v. Bock, 549 U.S. 199, 211 (2007). Plaintiff has failed to exhaust his remedies and has provided no evidence supporting his allegation that he was unable to do so through no fault of his own. Therefore, Defendants are entitled to judgment as a matter of law.

Having reviewed this matter pursuant to 28 U.S.C. §636(b), the Court agrees with the Magistrate Judge's assessment and is unpersuaded by Plaintiff's objections. The Court therefore adopts and affirms the report in its entirety. Accordingly, Defendants' motion is granted (doc. 9), Plaintiff's complaint is dismissed with prejudice, and this matter is closed on the Court's docket. Pursuant to 28 U.S.C. §1915(a)(3), an appeal of this Order would not be taken in good faith.

SO ORDERED.

Dated: March 21, 2013     s/S. Arthur Spiegel_____
                          S. Arthur Spiegel
                          United States Senior District Judge